58264. TROTMAN v. SPELL et al.

QUILLIAN, Presiding Judge.

This is an appeal from an order setting aside a default. Thus, the cause is still pending in the court below and, there being no compliance with provisions for an interlocutory appeal under Code Ann. § 6-701 (a) 2 (Ga.

L. 1965, p. 18; as amended through Ga. L. 1975, pp. 757, 758), the appeal is premature. *Mayson v. Malone,* 122 Ga. App. 814 (178 SE2d 806); *Thigpen v. Futura Const., Inc.* 140 Ga. App. 65 (230 SE2d 92); *White v. Complete Auto Transit,* 146 Ga. App. 132 (245 SE2d 472).

*Appeal dismissed. Smith and Birdsong, JJ., concur.*

SUBMITTED JULY 10, 1979 — DECIDED SEPTEMBER 6, 1979.

*Murray M. Silver,* for appellant.

*Phillip R. Taylor, Thomas F. Richardson,* for appellees.